IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-mj-4085 |
| | ) | Judge Trauger |
| JOEL H. GILCHRIST | ) | Magistrate Judge Bryant |
| | ) | |

## O R D E R

An evidentiary hearing was held on October 19, 2009 on the government's Motion Appealing Magistrate's Release Order (Docket No. 20). For the reasons expressed on the record at the close of the hearing, which are incorporated herein by reference as if set forth verbatim, it is hereby **ORDERED** that the Release Order issued by the Magistrate Judge is **REVERSED**, and the defendant is **ORDERED DETAINED** pending trial.

It is so **ORDERED**.

ENTER this 19th day of October 2009.

_____
ALETA A. TRAUGER
U.S. District Judge